**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER**
**A Law Corporation**
**701 University Avenue, Suite 100**
**Sacramento, CA 95825**
**Telephone:    (916) 974-3500**
**Facsimile:    (916) 520-3497**

**Attorneys for Defendant**
**ROBERT EDWARD MULREADY**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case 2:12-cr-00273-GEB |
| ) | |
|     Plaintiff, ) | |
| ) | **STIPULATION TO ADD A** |
| ) | **SPECIAL CONDITION OF** |
|     vs. ) | **RELEASE AND [PROPOSED]** |
| ) | **ORDER** |
| ) | |
| ROBERT EDWARD MULREADY, ) | |
| DUANE PATRICK PETERSEN, ) | |
| ) | |
|     Defendants. ) | |
| _____ ) | |

Defendant Robert Mulready and the United States of America, by and through counsel of record, hereby stipulate as follows:

Based on the recommendation of Stephen J. Sheehan, the defendant's U.S. Pretrial Services Officer that the defendant abstain from alcohol or use of any narcotic drugs and that a Special Condition of Release be added to the currently existing conditions of release imposed on May 29, 2012, Docket Number 5, in the language as proposed by Mr. Sheehan, to wit,

**You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;**

**You shall refrain from ANY USE of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.**

Dated: March 22, 2013 　　　　　　　　　　*/s/ Donald H. Heller*
　　　　　　　　　　　　　　　　　　　　　　DONALD H. HELLER, ESQ.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　ROBERT EDWARD MULREADY

Dated: March 22, 2013 　　　　　　　　　　*/s/ Todd A. Pickles*
　　　　　　　　　　　　　　　　　　　　　　TODD A. PICKLES, ESQ.
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorney for the United States

### ORDER

GOOD CAUSE APPEARING, based on the above stipulation, it is hereby ordered that the Conditions of Release is hereby modified by adding the following Special Condition of Release:

**You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;**

**You shall refrain from ANY USE of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.**

3/25/13

　　　　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

-2-