BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DUANE PATRICK PETERSEN,<br><br>    Defendant. | CASE NO. 2:12-CR-00273 GEB<br><br>**AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND REQUEST TO SET MATTER FOR CHANGE OF PLEA; [PROPOSED] FINDINGS AND ORDER**<br><br>[18 U.S.C. § 3161(h)] |

    Plaintiff United States of America, by and through its counsel of record, and defendant Duane Patrick Petersen, by and through his counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for status on April 19, 2013.

    2.    By this stipulation, defendant now moves to continue this matter until **May 10, 2013**, for hearing for change of plea, and to exclude time between April 19, 2013 and **May 10, 2013** under Local Code T4. The United States does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

        a.    The United States has represented that the discovery associated with this case includes investigative reports and related documents in electronic form amounting to approximately 150 pages of documents and a large number of photographs. All of this discovery has been produced directly to counsel. The United States has also made a formal offer to resolve the case.

  b. After consultation, the defendant and his counsel desire additional time to consult to discuss the defendant's options, including preparing for trial or resolving the case.

  c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The United States does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 19, 2013 to **May 10, 2013**, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 17, 2013		BENJAMIN B. WAGNER
				United States Attorney

			By:	*/s/ Todd A. Pickles*
				TODD A. PICKLES
				Assistant U.S. Attorney

				For the United States of America

Dated: April 17, 2013		JOSEPH SCHLESINGER
				Acting Federal Public Defender

			By:	*/s/ Todd A. Pickles for*
				MATTHEW BOCKMON
				Assistant Federal Defender

				For Defendant Duane Petersen

1 **[PROPOSED] O R D E R**

2 For the reasons stated above and good cause showing, the Court hereby ADOPTS the parties'
3 stipulations and proposed findings, including the finding that the ends of justice served by taking
4 such action outweigh the best interest of the public and the defendant in a speedy trial.

5 Accordingly, IT IS HEREBY ORDERED THAT this matter is continued to **May 10, 2013**
6 for a hearing for change of plea, and that the time between April 19, 2013 and **May 10, 2013** is
7 hereby excludable under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local
8 Code T4].

9 IT IS SO FOUND AND ORDERED.

10 **Date:  4/18/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge